CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RALPH DAVIS, | )<br>) |
| Plaintiff, | ) Case No. 7:09CV00292<br>) |
| v. | )<br>) **FINAL ORDER**<br>) |
| MAJOR M. SHUPE, ET AL., | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the active docket of the court.

ENTER: This 17th day of July, 2009.

_____
United States District Judge